■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALONZO SINGLETON, Petitioner, v. PAUL J. REGAN, as Chairman of the New York State Board of Parole, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as legally insufficient. Greenblott, J. P., Cooke, Kane and Main, JJ., concur; Sweeney, J., concurs in the result.

■ THE PEOPLE OF THE STATE OF NEW YORK, v. THOMAS ALEX MURATORI, Defendant.— Motion, pursuant to CPL 230.20 (subd. 1), for order removing indictment and action from County Court to Supreme Court denied. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.